## Keith WIGGINS *v.* STATE of Arkansas

CR 04-776                                                     192 S.W.3d 686

### Supreme Court of Arkansas
### Opinion delivered September 16, 2004

*Darrell F. Brown & Associates,* P.A., by: *Darrell F. Brown,* for appellant.

No response.

PER CURIAM. Appellant Keith Wiggins, by and through Darrell F. Brown, has filed a motion for a rule on the clerk. His attorney, Brown, states in the motion that the record was tendered late due to a mistake on their part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) *(per curiam).*

The motion for rule on the clerk is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.

■ As to the further disposition of the case, it appears that on April 2, 2003, the court of appeals granted leave for appellant to file a motion for a new trial. The trial court ultimately granted the motion for a new trial and the new trial is the basis for this motion for a rule on the clerk. The motion to consolidate is best addressed to the court of appeals as it retains jurisdiction from granting leave to file a motion for a new trial. This case is hereby transferred to the court of appeals for further proceedings.